# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146287

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RILEY STANSKY, a Minor, by his Next
Friend, MICHAEL STANSKY,
         Plaintiff-Appellant,

v

                                        SC:  146287
                                        COA:  305287

GWINN AREA COMMUNITY SCHOOLS and
MICHAEL R. MAINO,
         Defendants-Appellees.
                                        Marquette CC:  10-048285-CZ

_____/

      On order of the Court, the application for leave to appeal the October 25, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013 _____

_____
Clerk

p0422